**Rone DAVIS, Plaintiff–Appellant,**

v.

**Alberto R. GONZALES, U.S. Attorney General; Bureau of Immigration and Customs Enforcement, Defendants–Appellees.**

No. 04–30778.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided May 11, 2005.

Joseph Bernard La Rocca, David Ware & Associates, Metairie, LA, for Plaintiff–Appellant.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Thomas Burton Thompson, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Defendants–Appellees.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Rone Davis appeals from the district court's denial of his 28 U.S.C. § 2241 petition challenging his order of removal and his post-removal-order detention. On appeal, Davis has withdrawn his challenge to the order of removal. The remaining issues Davis has raised on appeal have been rendered moot by his removal to Haiti during the pendency of this appeal. *See United States Parole Comm'n v. Geraghty,* 445 U.S. 388, 395–96, 100 S.Ct. 1202, 63 L.Ed.2d 479 (1980).

Accordingly, this appeal is DISMISSED AS MOOT.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.